# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**THERENCE W. CROOKS,**

    **Plaintiff,**

**v.**                                    **CASE NO 3:17cv174/MCR/CJK**

**JULIE JONES, et al.,**

    **Defendants.**

_____/

## **O R D E R**

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated May 31, 2017. ECF No. 13. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation, ECF No. 13, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(i), pursuant to plaintiff's notice of voluntary dismissal.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 30th day of June, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**